■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE PARSONS, Appellant. [621 NYS2d 1016] —Judgment unanimously affirmed. Memorandum: There is no merit to the argument that Supreme Court should have allowed defendant to withdraw his plea of guilty. Where the court imposes conditions on its sentencing commitment and defendant violates those conditions, the court is no longer bound by its commitment and may impose a greater sentence without offering defendant an opportunity to withdraw his plea *(see, People v Forgue,* 179 AD2d 1060, *lv denied* 79 NY2d 1000; *People v Shannon,* 175 AD2d 614, 614-615, *lv denied* 79 NY2d

832; *People v Brooks,* 154 AD2d 931). (Appeal from Judgment of Supreme Court, Monroe County, Wesley, J.—Robbery, 1st Degree.) Present—Pine, J. P., Balio, Fallon, Doerr and Boehm, JJ.